IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:10MJ107 |
| | ) | |
| MUSTAFA AHMAD NAUSHAD | ) | |

## O-R-D-E-R

Upon motion of the Defendant, and without opposition by the Government, **IT IS ORDERED** that the detention hearing in this matter will be conducted in Charlotte, North Carolina. With Defendant's consent, the hearing is rescheduled to Wednesday, July 14, 2010, at 9:30 a.m. in Magistrate Courtroom, 401 W. Trade Street in Charlotte.



/s/ P. Trevor Sharp
United States Magistrate Judge

Date: July 8, 2010